IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:26-MJ-142-BW |
|---|---|
| v. | |
| JASON SCOTT MYERS | |

# MOTION FOR DETENTION

The United States moves for pre-trial detention of Defendant Jason Scott Myers pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    ____ Crime of violence (18 U.S.C. §3156);

    ____ Maximum sentence life imprisonment or death.

    ____ 10 + year drug offense.

    ____ Felony, with two prior convictions in above categories.

    ____ Serious risk defendant will flee.

    ____ Serious risk obstruction of justice.

    ____ Felony involving a minor victim.

    ____ Felony involving a firearm, destructive device, or any other dangerous weapon.

    ____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

**Motion to Detain Page 1**

    __X__ Defendant's appearance as required.

    __X__ Safety of any other person and the community.

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

    ____ Probable cause to believe defendant committed a 10+ year drug offense or firearms offense,

    ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

    ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251.

    ____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    __X__ At first appearance

    ____ After continuance of ___ days (not more than 3).

**Motion to Detain Page 2**

DATED this __10th__ day of February 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

s/Rick Calvert
_____

RICK CALVERT
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: Rick.Calvert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 10th day of February 2026.

s/Rick Calvert
_____

Rick Calvert
Assistant United States Attorney

**Motion to Detain Page 3**